# IGBOKWE, PLLC

28 LIBERTY STREET, 6TH FLOOR<br>
NEW YORK, NEW YORK 10005<br>
PHONE (347) 467 - 4674<br>
FACSIMILE (347) 467 - 6367

March 21, 2025

**VIA ECF**

Hon. Sharon King, USDJ
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets, Room 3D
Camden, NJ 08101
njdnef_king@njd.uscourts.gov

  Re: Medina-Johnson v. City of Ventnor, et al.
  Case No.: 1:22-cv-04917-RMB-SAK

Dear Judge King:

  We represent Plaintiff Administrator Ad Prosequendum Amaala Medina-Johnson, Administratrix of the Estate of Ammir Johnson, in the above-referenced matter.

  We respectfully write to request that Ms. Medina-Johnson be permitted to appear virtually for the upcoming settlement proceedings. Ms. Medina-Johnson resides in Bronx, New York, and is the sole caretaker for her husband, who's health condition has continued to decline. At this time he requires in-person daily care and supervision, and she is his caretaker. We ask the Court to grant her leave to appear remotely.

Respectfully submitted,<br><br>
/s/ O. Williams Igbokwe<br>
O. Williams Igbokwe, Esq.<br><br>
/s/ Ejike Uzor<br>
Ejike Uzor

Enclosures: None

CC: All parties through ECF