UNITED STATES DISTRICT COURT
OF NEW JERSEY

---

AMAALA MEDINA-JOHNSON, individually and as
Administratrix of the ESTATE OF
AMMIR JOHNSON, deceased,

Plaintiff,

v.

CITY OF VENTNOR et. al.,

Defendants.

---

Case No.: 1:22-cv-07552

**NOTICE OF MOTION**

## Notice of Motion for Approval of Wrongful Death Settlement Involving a Minor Beneficiary

PLEASE TAKE NOTICE that on July 2, 2025, at 2:00 p.m., or as soon thereafter as counsel may be heard, Plaintiff Amaala Medina Johnson, individually and as Administratrix Ad Prosequendum of the Estate of Amir Johnson, deceased, by and through undersigned counsel, shall move before the Honorable Sharon A. King, U.S.M.J., via Teams Video conference, for an Order approving the wrongful death settlement involving a minor beneficiary pursuant to Federal Rule of Civil Procedure 17(c) and N.J. Ct. R. 4:44-3 and 4:48A.

PLEASE TAKE FURTHER NOTICE that Plaintiff shall rely upon the accompanying Motion for Approval of Wrongful Death Settlement, along with all documents which the court may request.

PLEASE TAKE FURTHER NOTICE that oral argument, if any, shall be heard at the discretion of the Court on the date and time indicated above.

Dated: May 28, 2025
      Newark, NJ

Respectfully Submitted,

/s/ Ejike Uzor
Ejike Uzor, Esq.
Uzor & Associates
2386 Morris Ave, 2nd Fl
Union, NJ 07083
Tel: (862) 216-1211
Fax: (908) 573-3031
*Attorneys for Plaintiff*


/s/ O. Williams Igbokwe
O. Williams Igbokwe, Esq.
Igbokwe, PLLC d/b/a
Law Office of William Igbokwe
28 Liberty Street, 6th Floor
New York, New York 10005
(347) 467-4674
*Attorney for Plaintiff*
*Pro Hac Vice*

UNITED STATES DISTRICT COURT
OF NEW JERSEY
------------------------------------------------------------------
AMAALA MEDINA-JOHNSON, individually and as
Administratrix of the ESTATE OF
AMMIR JOHNSON, deceased,

Plaintiff,

v.

CITY OF VENTNOR et. al.
,

Defendants.
------------------------------------------------------------------

Case No.: 1:22-cv-07552

**MOTION TO APPROVE**

## CERTIFICATION OF COUNSEL IN SUPPORT OF MOTION

Plaintiff, Amaala Medina Johnson, individually and as Administratrix Ad Prosequendum of the Estate of Amir Johnson, deceased, hereby moves this Court for approval of the wrongful death settlement reached with the Defendant, City of Ventnor, Police Officer Pierluigi, Police Officer Michael Arena, and Police Officer Robert Mancuso, and Captain Joseph Fussner.

Plaintiff respectfully represents the following to the Court:

1. Plaintiff has agreed to settle all claims arising from the wrongful death of Amir Johnson for a gross amount of $150,000.

2. Plaintiff proposes the following distribution:

Attorney's fees: 35% of the gross settlement ($52,500)

    a. Reimbursement of litigation expenses:

    b. Filing Fee: $200

    c. Process Server Fees: $140

    d. Court Reporter/Deposition Fees: $6,372.35

e. Net proceeds to minor beneficiary: $90,787.65

3. Plaintiff requests that the Court approve the proposed attorney's fees and expenses as reasonable.

4. Plaintiff requests that the net proceeds to the minor beneficiary ($90,787.65) be deposited into the Surrogate's Intermingled Trust Fund pursuant to N.J.S.A. 3B:15-16 and N.J. Ct. R. 4:48A, to be held for the minor until the age of majority, without bond.

5. Plaintiff submits this settlement is fair, reasonable, and in the best interest of the minor beneficiary, particularly considering the risks and uncertainties of continued litigation.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order approving the proposed settlement, distribution of proceeds, attorney's fees, expenses, and the proposed deposit of the minor beneficiary's funds with the Surrogate's Court.

Dated: May 28, 2025
Newark, NJ

Respectfully, Submitted,

/s/ Ejike Uzor
Ejike Uzor, Esq.
Uzor & Associates
2386 Morris Ave, 2nd Fl
Union, NJ 07083
Tel: (862) 216-1211
Fax: (908) 573-3031
*Attorneys for Plaintiff*

/s/ O. Williams Igbokwe
O. Williams Igbokwe, Esq.
Igbokwe, PLLC d/b/a
Law Office of William Igbokwe
28 Liberty Street, 6th Floor
New York, New York 10005
(347) 467-4674
*Attorney for Plaintiff*
*Pro Hac Vice*