UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                              Proceeding Date: July 2, 2025

MAGISTRATE JUDGE SHARON A. KING

Court Reporter: Recorded

**Title of Case:**                                              Docket:   Civil 22-7552(SAK)
MEDINA-JOHNSON
   VS.
CITY OF VENTNOR, ET AL

**Appearances:**
William Igbokwe & Ejike Uzor, Esqs. For plaintiff
Thomas Reynolds & Gregory DeLorenzo, Esqs for defts.
Sheryl Wood, Esq. for interested party

Nature of Proceedings:        MOTION/FRIENDLY HEARING
                              (ON THE RECORD)

Hearing on motion to approve settlement (43)
Ordered hearing continued until August 4, 2025 at 2:00 pm

Time Commenced:  1:20 pm   Time Adjourned:   1:30 pm        Total Time:   10 Minutes

                                              s/  Marnie Maccariella
                                                 DEPUTY CLERK

Cc: Chambers