UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                        Proceeding Date: August 4, 2025

MAGISTRATE JUDGE SHARON A. KING

Court Reporter: Recorded

**Title of Case:**                                    Docket:   Civil 22-7552(SAK)
MEDINA-JOHNSON
   VS.
CITY OF VENTNOR, ET AL

**Appearances:**
William Igbokwe & Ejike Uzor, Esqs. For plaintiff
Thomas Reynolds & Gregory DeLorenzo, Esqs for defts.
Sheryl Wood & Daryl Washington Esqs. for interested party

Nature of Proceedings:         STATUS CONFERENCE
                               (ON THE RECORD)

Time Commenced:  2:00 pm   Time Adjourned:  3:00 pm      Total Time:  1 Hour

                                                                                   s/  Marnie Maccariella
                                                                                    DEPUTY CLERK

Cc: Chambers